UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. NELSON, individually and as Personal Representative of the Estate of Joel A. Nelson, and its statutory beneficiaries,<br><br>                    Plaintiff,<br><br>        vs.<br><br>THURSTON COUNTY, a Washington municipality; RODNEY DITRICH, individually, JOHN D. SNAZA, individually; and Does 1 through 15, individually,<br><br>                    Defendants | NO.  3:18-cv-05184-RSL<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

    This matter comes before the Court on the Motion of defendants, Rodney Ditrich and Thurston County to file an overlength Reply brief in support of defendants' Motion and Memorandum to Strike Plaintiff's Proposed Expert Witnesses, Leo Poort and John Peters, under Local Rule 7(f), of up to 8 pages excluding the caption, signature block, appendices and Certificate of Service.  Having reviewed the Motion, the Court GRANTS the motion.

    Dated this 1st day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

**ORDER GRANTING MOTION TO FILE**
**OVERLENGTH BRIEF – 1**

**Cause No.:  3:18-cv-05184-RSL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*