|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSEPH A. NELSON, individually and as Personal Representative of the Estate of Joel A. Nelson, and its statutory beneficiaries,

                         Plaintiff,

vs.

THURSTON COUNTY, a Washington municipality; RODNEY DITRICH, individually, JOHN D. SNAZA, individually; and Does 1 through 15, individually,

                         Defendants

NO.  3:18-cv-05184-RSL

JOINT STATUS REPORT RE PREFERRED TRIAL DATES

The parties hereto, by and through their attorneys of record, hereby respond to the Court's Order Continuing Trial Date and Remaining Pretrial Deadlines, dated March 2, 2021 (Dkt. #187), calling for the parties to confer regarding a new trial date and report their decision to the Court's judicial assistant.

All parties agree that trial may be set to commence on the first available Monday in July, 2021. If that date is not available, the parties' respective positions regarding resetting trial are as follows:

1. Plaintiff, Joseph A. Nelson:  This party prefers trial to be set to commence on the first available trial date in July 2021.  Counsel for this party, Douglas R. Cloud, is not available in June 2021, as he anticipates being out of the State of Washington for most of this month.  Mr. Cloud also has a trial scheduled to commence on August 9, 2021, and this would require

---

**JOINT STATUS REPORT RE**
**PREFERRED TRIAL DATES – 1**

**Cause No.:  3:18-cv-05184-RSL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

the trial in this case to commence in early July 2021.  Otherwise, Mr. Cloud would be available for trial in late November 2021, December 2021, and in late January 2022;

2. Defendants Rodney T. Ditrich and Thurston County:  Counsel for these parties is scheduled to retire from practice before the end of 2021, and due to the expiration of his license to practice law at that time, it would be an extreme hardship to these parties to substitute counsel and prepare for trial any later than a date that permits completion of the trial before the end of this year.  Counsel for Ditirch and the County therefore request trial at the earliest possible date to conclude no later than the end of this year; and

3. Defendant, Sheriff Robert Snaza:  After July, 2021, counsel for this party has conflicts as a result of other trial dates which prevent them from being available for a trial until March 7, 2022.

DATED: March 11, 2021                LAW OFFICE OF DOUGLAS R. CLOUD

*/s/ Douglas R. Cloud*
**DOUGLAS R. CLOUD, WSBA No. 13456**
Attorney for Plaintiff Nelson

DATED: March 11, 2021                **LAW LYMAN DANIEL KAMERRER & BOGDANOVICH**

*/s/ W. Dale Kamerrer*
**W. DALE KAMERRER, WSBA No. 8218**
**SCOTT C. CUSHING, WSBA No. 38030**
Attorneys for Defendants Thurston County and Ditrich

**JACKSON & NICHOLSON, P.S.**

DATED: March 11, 2021                */s/ Gregory E. Jackson*
**GREGORY E. JACKSON, WSBA No. 17541**
**JOHN R. NICHOLSON, WSBA No. 30499**
**DONALD R. PETERS, JR. WSBA No. 23642**
Attorneys for Defendant Snaza

**JOINT STATUS REPORT RE**
**PREFERRED TRIAL DATES – 2**

**Cause No.: 3:18-cv-05184-RSL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*