UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. NELSON, individually and as the Personal Representative of the ESTATE OF JOEL A. NELSON,<br><br>Plaintiff,<br><br>v.<br><br>THURSTON COUNTY, *et al.*,<br><br>Defendants. | NO. C18-5184RSL<br><br>ORDER REQUESTING FURTHER BRIEFING |

This matter comes before the Court on "Defendant John D. Snaza's Second Motion for Summary Judgment." Dkt. # 163. In his reply memorandum, Sheriff Snaza argues for the first time that judgment should be entered on the state law claims asserted against him. Dkt. # 173 at 10-12. Because the argument was not raised in the motion, plaintiff has not had an opportunity to respond. The Clerk of Court is directed to renote defendant's motion for summary judgment (Dkt. # 163) on the Court's calendar for Friday, October 15, 2021. Plaintiff may file a response limited to the state law issues on or before Monday, October 11th. Sheriff Snaza may file a similarly-limited reply on or before the note date.

Dated this 1st day of October, 2021.

Robert S. Lasnik
United States District Judge

ORDER REQUESTING FURTHER BRIEFING- 1