UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON,<br><br>               Plaintiff,<br><br>  v.<br><br>THURSTON COUNTY, et al.<br><br>               Defendants. | CASE NO. 3:18-cv-05184-DGE<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM A DEADLINE |

      This matter comes before the Court on Defendants' motion for relief from a deadline. (Dkt. No. 234.)  The parties' agreed pretrial order must be filed with the Court by May 16, 2023. (Dkt. No. 229.)  Plaintiff was required to serve opposing counsel with a proposed pretrial order by April 17, 2023.  *See* LCR 16(h).  Then, Defendant would be required to respond to the points set forth in Local Civil Rule 16(i) by April 26, 2023.  As of April 19, 2023, Plaintiff has failed to serve its proposed pretrial order on Defendants.  Because Plaintiff's delay will impact the number of days Defendant has to respond under the Local Civil Rules, Defendant asks the Court to expand the Local Civil Rule 16(i) deadline to ten days after Defendant receives Plaintiff's

ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM A DEADLINE - 1

proposed pretrial order.  (Dkt. No. 243 at 2.)  Plaintiff does not oppose the proposed extension.  (*Id.* at 1.)  The parties agree this delay will not impact the deadline for filing the agreed pretrial order.  (*Id.*)  The parties are advised the Court will not permit any extension of the deadlines set forth in its December 15, 2022 minute order setting trial and pretrial dates (Dkt. No. 229).

Accordingly, and having considered Defendants' motion, and the remainder of the record, the Court finds and ORDERS that Defendants' motion for relief from a deadline (Dkt. No. 234) is GRANTED.  Plaintiff SHALL serve its proposed pretrial order on Defendants no later than April 24, 2023.  Thereafter, Defendant's response pursuant to Local Civil Rule 16(i) shall be due ten days after receipt of Plaintiff's proposed pretrial order or May 4, 2023, whichever is earlier.

Dated this 19th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM A DEADLINE - 2