UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON,<br><br>                Plaintiff,<br>   v.<br><br>THURSTON COUNTY et al.,<br><br>                Defendant. | CASE NO. 3:18-cv-05184-DGE<br><br>ORDER ON MOTION TO STRIKE (DKT. NO. 245) |

      This matter comes before the Court on Defendant Rodney Ditrich and Thurston County's Motion to Strike Plaintiff's Second Proposed Pretrial Order and Jury Instructions. (Dkt. No. 245.) Defendants also seek an order for parties to meet and confer as well as sanctions against Plaintiff for refusing to meet deadlines.

      As Plaintiffs have not filed any alleged "substitute" proposed order or jury instructions, Defendants' Motion is not ripe. However, the Court reminds the parties of their obligations and directs them to abide by all court-ordered scheduling deadlines and deadlines imposed by the

ORDER ON MOTION TO STRIKE (DKT. NO. 245) - 1

local rules.  This includes meeting and conferring upon the joint pretrial order and jury instructions in accordance with the deadlines.  To the extent there might be a basis for sanctions, which the Court offers no opinion on at this point, the Court will reserve judgment on any requests for sanctions until after trial.

Accordingly, Defendants' Motion is hereby DENIED.

Dated this 15th day of May, 2023.

David G. Estudillo
United States District Judge

ORDER ON MOTION TO STRIKE (DKT. NO. 245) - 2