UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON,<br><br>                Plaintiff,<br>    v.<br><br>THURSTON COUNTY et al.,<br><br>                Defendants. | CASE NO. 3:18-cv-05184-DGE<br><br>ORDER ON MOTION FOR TEMPORARY TRANSFER OF EVIDENCE (DKT. NO. 282) |

This matter comes before the Court on Plaintiff's Motion to Temporarily Transfer Evidence in the Custody of Lewis County Sheriff's Office. (Dkt. No. 282.)

Having discussed with the U.S. Marshals custody of items that may be prohibited, and their transportation and use in the Courtroom, and because Plaintiffs have put forth no

ORDER ON MOTION FOR TEMPORARY TRANSFER OF EVIDENCE (DKT. NO. 282) - 1

justification why photos of the exhibits in question alone are insufficient, the Court finds the physical evidence in the custody of the Lewis County Sheriff's Office is unnecessary at trial.

The Court, therefore, DENIES the Motion.

Dated this 13th day of June, 2023.

David G. Estudillo
United States District Judge