UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON,<br><br>                Plaintiff,<br>   v.<br><br>THURSTON COUNTY et al.,<br><br>                Defendants. | CASE NO. 3:18-cv-05184-DGE<br><br>ORDER ON MOTIONS FOR RECONSIDERATION (DKT. NOS. 287, 291) |

This matter comes before the Court on Defendants' Motion for Reconsideration Granting Plaintiff's Motion in Limine No. 9 and 10. (Dkt. Nos. 287, 291.) Plaintiff is directed to respond to both motions by June 15, 2023.

Dated this 13th day of June, 2023.

David G. Estudillo
United States District Judge