UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THURSTON COUNTY et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:18-cv-05184-DGE<br><br>ORDER ON MOTION FOR PRESERVATION DEPOSITION AND ZOOM TESTIMONY (DKT. NO. 290) |

This matter comes before the Court on Defendants' Motion for Approval of Preservation Deposition and Zoom Testimony at Trial. (Dkt. No. 290.)

The Court hereby GRANTS the Motion as to the Zoom testimony of Lindsey Knoy and Deborah Price. As Defendants have submitted no reason why Laura Dolezal cannot provide testimony via Zoom at trial, the Motion is DENIED as to Laura Dolezal without prejudice.

Dated this 13th day of June, 2023.

David G. Estudillo

ORDER ON MOTION FOR PRESERVATION DEPOSITION AND ZOOM TESTIMONY (DKT. NO. 290) - 1

United States District Judge

ORDER ON MOTION FOR PRESERVATION DEPOSITION AND ZOOM TESTIMONY (DKT. NO. 290) - 2