THE HONORABLE DAVID G. ESTUDILLO

DARRELL L. COCHRAN
(darrell@pcvalaw.com)
KEVIN M. HASTINGS
(kevin@pcvalaw.com)
ALEXANDER G. DIETZ
(adietz@pcvalaw.com)
Pfau Cochran Vertetis Amala PLLC
909 A St., Ste. 700
Tacoma, WA 98402
Tel: (253) 289-1412

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON, individually and as Personal Representative of the ESTATE OF JOEL A. NELSON, and its statutory beneficiaries,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>THURSTON COUNTY, a Washington municipality; RODNEY T. DITRICH, individually; JOHN D. SNAZA, individually; and DOES 1 through 15, individually,<br><br>                              Defendants. | NO. 3:18-CV-05184-DGE<br><br>**MOTION, STIPULATION, AND ORDER TO CHANGE CAPTION** |

ORDER TO CHANGE CAPTION

No. 3:18-cv-05184- DGE

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

## MOTION

**COMES NOW** Plaintiffs, by and through their undersigned attorneys of record, and hereby move to change the caption to Joseph A. Nelson, individually and as Personal Representative of the Estate of Joel A. Nelson, and its statutory beneficiaries vs. Thurston County, a Washington municipality; and Rodney T. Ditrich, individually.

This change is needed to account for the dismissal of several of the individual Defendants before the trial of this matter.

**THIS MOTION** is based upon all applicable court rules, the stipulation of counsel appended hereto, as well as in the interest of justice.

DATED THIS 16th day of June, 2023.

PFAU COCHRAN VERTETIS AMALA, PLLC

By: /s/ Darrell L. Cochran
  Darrell L. Cochran, WSBA No. 22851
  Kevin M. Hastings, WSBA No. 42316
  Alexander G. Dietz, WSBA No. 54842
  Attorneys for Plaintiffs

ORDER TO CHANGE CAPTION

No. 3:18-cv-05184- DGE



909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

## STIPULATION

The parties hereby stipulate to the Court that the caption be amended as described in the above motion.

DATED THIS 16th day of June, 2023.

**Presented By:**

PFAU COCHRAN VERTETIS AMALA, PLLC

By: /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    Kevin M. Hastings, WSBA No. 42316
    Alexander G. Dietz, WSBA No. 54842
    Attorneys for Plaintiff

**Approved to in form and content, Notice of Presentation Waived by:**

By /s/ W. Dale Kamerrer
    W. Dale Kamerrer, WSBA #8218
    John E. Justice, WSBA #23042
    Attorney for Defendant

ORDER TO CHANGE CAPTION

No. 3:18-cv-05184- DGE



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com

## ORDER

**THIS MATTER** having come in the above captioned matter, on the Motion, Stipulation, and Order to Change Caption, and the Court being fully appraised after reviewing the record and finding the motion to be in order; **NOW THEREFORE**,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the caption be changed to Joseph A. Nelson, individually and as Personal Representative of the Estate of Joel A. Nelson, and its statutory beneficiaries vs. Thurston County, a Washington municipality; and Rodney T. Ditrich, individually.

Signed this 21st day of June 2023.



David G. Estudillo
United States District Judge

ORDER TO CHANGE CAPTION

No. 3:18-cv-05184- DGE

**PFAU COCHRAN VERTETIS AMALA**
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654
www.pcvalaw.com