UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. NELSON, | CASE NO. 3:18-cv-05184-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THURSTON COUNTY et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to the Court's rulings on June 20, 2023, Defendants' motions for reconsideration of the Court's ruling on Defendants' motions in limine 9 and 10 (Dkt. Nos. 287, 291) are DENIED. Plaintiff's motion to permit the remote testimony of Bryan Hanks (Dkt. No. 304) is GRANTED.

MINUTE ORDER - 1

Because Defendants did not object to Plaintiff's deposition designations, Defendants' motion for an order permitting them to file objections to Plaintiff's deposition designations (Dkt. No. 280) is MOOT.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

Dated this 27th day of June, 2023.

MINUTE ORDER - 2